1983 Form

# In the United States District Court
# For the Northern District of Alabama

James J. Hugnall, SR. #155690
Plaintiff,

CV-05-B-1317-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Christine M. Trues-
dale. LPN — Defendant.

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

  B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____

      Defendant(s) _____

   2. Court (if Federal Court, name the district; if State Court, name the county)

      _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not? _Does NOT Apply IN This Case_

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _JAMES J. HURNALL, SR._
   AIS # 155690

   Address _ST. CLAIR CF. - 1000 ST. CLAIR ROAD SPRINGVILLE, AL, 35146_

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **CHRISTINE M. TRUESDALE**

   is employed as **LPN**

   at **AUTAUGA COUNTY HEALTH DEPARTMENT**

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

CHRISTINE TRUESDALE, SINCE 2003, when she was briefly employed at the Kilby Correctional Facility, Mt. Meigs, Alt. Bama, for NaphCare, was terminated by NaphCare DON, Linda Lawrence, for smuggling contraband in to me, I completely unaware of this fact, the contraband being a bag of oranges, that she paid kitchen inmates at the Kilby C.F. to deliver to me. I was transferred to the Wm. E. Donaldson C.F. To which in turn Truesdale did so track me down there and asked, in letter forms, to correspond with me. Prior to being transferred to Donaldson I was placed under investigation

-3-

At the K.C.F., due to Truesdale Act of sending contraband to me (Attempting), as well as the facts that from 2003 to date, of, June 10th/05, Truesdale has been responsible for Active Court Cases in the U.S. District Courts, The Eleventh Circuit Court of

V. **RELIEF**

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Sueing Truesdale under Color of Law in her individual capacity for the sum of Five Hundred Thousand Dollars in Punative and Compensatory Damages. Trial by Jury. Order for U.S. Justice Department to investigate and submit there findings in a Report to this Court. The Granting of a Protective Order and Preliminary Injunction (when submitted) in this Regard.

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on  June 10th/2005
        (date)

_____
        Signature(s)

- 4 -

STATEMENT OF CLAIMS — CONTINUED —

Appeals, the Alabama Court of Civil Appeals and the Supreme Court of Alabama, involving health care issues, to be dismissed due directly due to Truesdale's irresponsible reckless unkept promises to help me with these court cases. Truesdale has been quick to make promises of commitment as to helping me to which in turn have been unkept, intentionally so, hence in turn caused me to be denied due process in these cases, denied access to the aforestated courts in a meaningful manner and has caused me a tremendous amount of cruel and unusual punishment due to her intentional deliberate indifference heaped upon me by her irresponsible acts towards me in the aforestated regards. Truesdale uses the Autauga County Health Department of Alabama

B.

II. Statement of The Facts -- Continues --

Address and has contacted the Courts, attorneys, prison personnel, even Governor Riley, when in fact I have submitted to Truesdale, in Sworn Affidavit form, explicit denial for her to speak for me or represent me in Any way whatsoever yet she continues to do so hence the Culpable cause for these Court Cases being dismissed due to Truesdale's lies and unkept promises of Commitment in regards to these Court Cases for failure to meet the Courts orders and to prosecute. Truesdale uses the Mailing Addresses of her patients, for the Health Department, ie Julnena Burns of 3510 - County Road 44, Autaugaville, Alabama, 36003, to receive Mail from inmates of the ADOC due to the fact that her husband refuses to Allow her to receive mail

3.

## III. Statement Of The Claims

at his home address and has forbidden her from communications with him. Nevertheless despite the fact of these orders per her husband Christine Truesdale completely ignores her husband and involves herself with inmates that <u>She picks</u> to correspond with and visit with to which in turn has caused untold huge amounts of pain and suffering by this Plaintiff in the dismissals of all these court cases due to Truesdales prevarications and breached promises of commitments. Recent telephone conversations with Christine Truesdales husband has enlightened this Plaintiff to her mental instability, out of control reckless demeanor, and fact She cannot in any manner be trusted as well as the fact She is a loose cannon, out of control Mentally, and is

-3-

**IV. Statement of the Claims - Continued -**

a danger and a detriment to me, as well as to the patients she cares for and to the Health Department as well. I can provide this Honorable Court with large substantial amounts of documents most as to Thursdaley Acts that have caused me pain, suffering, misery, her misrepresentation with her patients and Health Department of Autauga County Alabama, in which to support my claims and substantiate them as well that are in her own handwriting and clearly point to these prevarications by her to me that have caused these Court cases to be dismissed, denials of my due process rights, access to the Courts, as well as violations of the Eighth Amendment of these Constitutional

3.

V. Statement of the Claims - continues -

Rights Afforded me to enjoy by the UMC, Christine Thes-Sales acts, intentional, her provocations, acts of omission in my regard, her breach of promises as to her commitments to me, have in turn caused this plaintiff irrefutable pain and suffering as well as inseperable harm hence this law suit. I have contacted attorneys and instructed they petition the Court in the Circuit Court for a protective order against Christine Thes-Sales due to her reckless unstable mental status and out of control behaviors that has caused me these civil rights violations, as well as a through investigation per State and Federal Agency's in which for all proof to be shown to them per this plaintiff.