June 27th, 2005

To: Honorable Perry Mathis, Clerk
U.S. District Court for N.D. of Al.
1729 Fifth Avenue North
Birmingham, Alabama
35203-2040

From: State Inmate

JAMES J. HUDNALL, Sr.
#155690
H-1-B. #15 cell
1000 St. CLAIR ROAD
SPRINGVILLE, Alabama
35146

RE: Current Address
HUDNALL V. TRUESDALE
CIVIL ACTION CV-05-B-1317-S

Dear Mr. Mathis,
Please send my Mail to my Proper Address, which is above. This will prevent any further delays.
Thank you,