FILED
2005 JUL -8 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
1983 Form

2005 JUN 28 PM [illegible] In the United States District Court
U.S. DISTRICT COURT
N.D. OF ALABAMA for the Northern District of Alabama

James J. Nudnall, Sr. #155690,

Plaintiff,

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Mrs. Christine M. Truesdale, LPN,

Defendant.

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

  B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit

     Plaintiff(s): _____

     Defendant(s) _____

  2. Court (if Federal Court, name the district; if State Court, name the county)

     _____

  3. Docket Number _____

  4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

    A. Is there a prisoner grievance procedure in this institution?
       Yes ( )  No (N)✓

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes ( )  No ( )

    C. If your answer is YES:

       1. What steps did you take? _____

       2. What was the result? _____

    D. If your answer is NO, explain why not? _____ N/A _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A. Name of plaintiff(s)  JAMES J. HUNNALL, SR.
       # 155690 — St. Clair C.F.
       1000 St. Clair Rd.
       Address  Springville, AL. 35146

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __CHRISTINE M. TRUESDALE__
   is employed as __LPN__
   at __AUTAUGA COUNTY HEALTH DEPARTMENT__
C. Additional Defendants __219 NORTH COURT STREET PRATTVILLE, ALABAMA__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Since the year 2003, when Truesdale was briefly employed by Naphcare and at the Kilby City Mt. Meigs, Alabama, this woman has tracked me down and pushed herself on me with offers to help me with lawsuits I have pending. She was terminated from Naphcare and not allowed to again go on the property of Kilby C.F. due to Truesdale bringing contraband into the prison. Truesdale was intentionally and purposely caused pending cases of mine in the eleventh circuit court of appeals, in the Autauga

causing cases against me in the Autauga Supreme Court to be dismissed for lack of prosecution due directly to Truesdale's intentional acts of irresponsibility directed towards me in which to purposely sabotage these cases. Truesdale in no way speaks for me yet she advises these courts that she does and she uses the name and address of the Autauga County Health Department in my regard to which she is not authorized by this State Department to do so.

## V. RELIEF

Sueing Christine Truesdale in her individual capacity under color of state & fed. law for punitive damages of five hundred thousand dollars and compensatory damages of same. Trial by jury. A immediate order to Truesdale to cease all her unscrupulous acts against me in regard to my legal pending cases. A immediate investigation by U.S. Justice Dept. and Alabama I+I on Truesdale of the foregoing Civil Rights violations.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27th, 2005
                (date)

James J. Hoenig, Sr.
PLAINTIFF

Signature(s)

- 4 -