IN The U.S. District Court For The
Northern District ~~of Alabama~~
Southern

James J. Hedwall, Sr.,
    PLAINTIFF,
  v.
Christine Truesdale,
    DEFENDANT.

Civil # 2:05-
CV-70/317-
SLB-JEO

## Motion — OBJECTIONS — To Magistrate — Judges — Order of July 25th, 2005.

Comes Now the Plaintiff in the above Styled Motion and Civil Action and does so list one Objection, below.

1.) Christine Truesdale, in this latter Suit is being Sued, and Not the Autauga County Health Department, at this particular time hence the Plaintiff provides this Honorable Court these facts for the Record. Done And Signed for this the 27th Day July 2005.

Respectfully Submitted,
[signature]

2.

Certificate of Service

I hereby certify that I have mailed a true copy to the defendant on the 27th day July 2005, postage prepaid first Class Mail. Done this the 27th day July 2005.

Respectfully submitted,

[signature]

James J. Hoonall, Sr.
AIS# 155690
H-1-B-# 15
S.C.C.F.
1000 St. Clair [Rd]
Springville, Alabama 35146