# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES J. HUDNALL, SR., )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-cv-01317-SLB-JEO |
| ) | |
| CHRISTINE M. TRUESDALE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The magistrate judge filed a report and recommendation on July 25, 2005, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. The plaintiff filed an objection to the report and recommendation on August 9, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE**, this the 1st day of September, 2005.

_/s/ Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE