In The U.S. District Court For
Northern District of Alabama

FILED
05 SEP -1 PM 2:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

JAMES J. HURNALL, SR.,
PLAINTIFF,

V.

CHRISTINE M. TRUES-
DALE, LPN,
DEFENDANT

CIVIL # CV05-B-1317-S

2:05cv979-F

Motion To U.S. District Court
Judge — To Compel

Comes Now The Plaintiff in the
Above Styled Motion, Civil
Action, before The Honorable
U.S. District Court Judge S.L.
Blackburn Moving She
Rule on This indigent pro
se Plaintiffs Motion previously
before His Court for a Order
to The Clerk his Wife
to provide Plaintiff

2.

three (3) 42 USC 1983 Forms mailed to Plaintiff in Order for this Action Amended, due to Evidence that shows Plaintiff Additional Defendants, ie Atmore Health Dept, ie Antmore ville Public Health Dept, must be Added to this Action. This Motion is Spe cifically Submitted to Judge Blackburn due to Plaintiff not in any way Agreeing to Magistrate VPM Previous, and due to him Refusing to rule on said previous Motion, done this the 24th day, August 2005.

Respectfully Submitted,

James J. Hudnall, Sr.

Certificate of Service

I certify I have mailed Christine Hrudailke a true copy of the foregoing Aug 25/05.