**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700



Perry Mathis
Clerk

October 12, 2005

Debra P. Hackett, Clerk
P O Box 711
Montgomery, AL 36101

2:05-cv-00979-F

Case Number: CV 05-1317-SLB-JEO

Dear Ms. Hackett:

    In accordance with the order of this court, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: _____
Deputy Clerk

PDM:kam

Enclosures

xc:    Counsel