IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155 690, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-979-F |
| CHRISTINE M. TRUESDALE | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Compel (Doc. No. 8), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done this 24th day of October 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE