IN The United States District Court for The Middle District of Alabama Northern Division

JAMES J. HORNADY, SR.,
Plaintiff,

VS.

CHRISTINE M. PRESDAY, LPN, Defendant.

CASE # 2:05-CV-979-F-(WO)

## Objection To Magistrate's Recommendation

Comes Now the Plaintiff in the Above Styled Motion and Civil Action before this Honorable Court and for all Reasons in Attached Affidavit in Support, Sworn Affidavit, begs to move this Motion be Granted in full. Done and prayed for this the 26th day of October 2005.

Respectfully Submitted

James J. Hornady, Sr.

### Certificate of Service

I hereby certify that I mailed a true copy

2

of the foregoing to the defendant listed below, this the 27th Day of October, 2005.

Respectfully Submitted,

/s/ James J. Hudnall, Sr.

JAMES J. HUDNALL, Sr.
#155690
S.C.C.F. 1000 St. CLAIR Road
Springville, AL. 35146

II. Affidavit of James J. Hudnall, Sr.

My Name is James J. Hudnall, Sr., prison #155690, incarcerated with the ADOC at the S.C.C.F., Springville, Alabama, pursuant to 28 U.S.C. 1,746 I declare under penalty of perjury all contained in this Affidavit is True and correct, witt hear my Signature. This Pro Se Plaintiff has not been Afforded due process in this Civil Action by this Court, nor has he been Afforded the Amendment to this Action to Add Additional defendants to this

II. Affidavit of James J. Hartwell, Sr.

Civil Action to further show in prove for substantiation that the defendant has violated his U.S. Civil Rights & Constitutional Rights. This Plaintiff has Not been Afforded any type of Extension (Enlargement) of Time in which to remit the full filing fee in this Civil Action, hence these objections submitted to the Court. This Civil Action is Absolutely Not Malicious and this Plaintiff can clearly provide this court with an overwhelming amount of documented evidence to substantiate his claims of Civil Rights violations by the defendant. In these matters, this Honorable Court has Not in Any manner Afforded this Plaintiff true just justice and Due Process in its full form. Again, I reiterate, hence these Objections. This Action

4.

III. Affidavit of James T. Hudnall, Jr. should follow the Federal Rules of Civil Procedure set forth by this Court Rules and this Pro Se indigent Plaintiff should be afforded the necessary required adequate amount(s) of time in which to remit the full filing fee in which to enable him to present the facts to this Honorable Court, due to intentional blatant civil rights denials per the defendant, and, also to Amend this civil Action to Add defendants, Ajuin to clearly present and show just the Additional defendents under Color of Law, and, if the Rule of Law is followed, I shall substantiate all Claims now pending against the defendant, and, all Claims that shall be presented in the Amended Complaint I have moved

5.

IV. Affidavit of James T. Hartwell, Sr.

To, per this Honorable Court, In all Manner of Just Fairness and in order to Afford me full unimpeded Access to this Court, due herein to its full extent, this Motion Should be so Granted and the Magistrate Recommendations be returned Back to the Magistrate in order for the full Rule of Law and the Rules of this Court to be Afforded me in order to Provide me with the Necessary Adequate Amount of Time in which to remit full filing fee. Be Advised, in closing, if this Motion is Not Granted in full I Shall file to this Court a New 42 U.S.C. 1983 Civil Action and as the Defendant Dr. Williamson, the Director of the Alabama Health Department, to

6.

I. Affidavit of James J. Hudnall, Sr.
_____

Show and Substantiate Clearly and without any doubt whatsoever that defendant Christine M. Truesdale, LPN, employed by the Autauga County Dist-Bsms Health Department, has intentionally violated my civil rights by acts of her own while being an employee of said Health Department to which Dr. Williamson is the Director. Done this the 26th Day of October 2005.

Respectfully Submitted,

_____ Sr.

James J. Hudnall, Sr.
# 155690
6-1-B # 117
S.C.C.F. - 1000 St. Clair Road
Springville, Alabama
35146