IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| James J. Hudnall, Sr., | * Electronically filed on 10/31/05 |
| Plaintiff, | * |
| vs. | * 2:05-CV-0979-MEF |
| Christine M. Truesdale, | * |
| Defendant. | * |

## MOTION TO ALLOW COMPLAINT IN INTERVENTION
## AND COMPLAINT IN INTERVENTION SEEKING A DECLARATORY JUDGMENT

COMES NOW Alfa Mutual Insurance Company and respectfully moves the Court to allow it to file and assert a complaint in intervention, pursuant to Rule 24 of the Federal Rules of Civil Procedure, seeking a declaratory judgment determining insurance coverage issues in this case pursuant to the procedure set forth in *Universal Underwriters Ins. v. East Central Alabama Ford-Mercury, Inc.*, 574 So. 2d 716 (Ala. 1990), which defines insurance companies' rights under Alabama law, or an alternate procedure to accomplish that purpose. The undersigned attorneys, on behalf of Alfa Mutual Insurance Company, have simultaneously filed a complaint in intervention in this case, and seek that it be accepted by this Court such that Alfa Mutual Insurance Company be allowed to proceed in this case to determine insurance coverage.

ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
Attorneys for Alfa Mutual Insurance Company

COUNSEL:
Nix Holtsford Gilliland
　　　Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by placing same in the United States Mail, postage prepaid, on this the 28th day of October, 2005:

James N. Hudnall, Sr.
AIS # 155690
St. Clair Correctional Facility
H-1-B-15 cell
1000 St. Clair Road
Springville, Alabama 35146

E. Hamilton Wilson
*Ball Ball Matthews & Novak*
Post Office Box 2148
Montgomery, Alabama 36103-2148

_____
OF COUNSEL