FILED
1983 Form

2005 JUN 28 PM
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2005 JUL 08 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# for the Northern District of Alabama

James J. Woodall, Sr. #155690,

Plaintiff,

(Enter above the full name(s) of the
plaintiff(s) in this action.)

v

Mrs. Christine M. Truesdale, LPN,

Defendant.

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____



5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

    A. Is there a prisoner grievance procedure in this institution?
       Yes ( )   No (✓)

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes ( )   No ( )

    C. If your answer is YES:

       1. What steps did you take? _____

       2. What was the result? _____

    D. If your answer is NO, explain why not? _____ N/A _____

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A. Name of plaintiff(s) _James J. Hudnall, Sr._
#155690 — St. Clair C.F.
1000 St. Clair Rd.
Address _Springville, AL. 35146_

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Christine M. Truesdale__

is employed as __LPN__

at __Autauga County Health Department__

C. Additional Defendants __219 North Court Street, Prattville, Alabama__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Since the year 2003, when Truesdale was briefly employeed by Naphcare aid at the Kilby City, Mt. Meigs, Alabama, this woman has tracked me down and pushed herself on me with offers to help me with lawsuits I have pending. She was terminated from Naphcare and not allowed to again go on the property of Kilby C.F. due to Truesdale bringing contrabands into the prison. Truesdale was intentionally and purposely caused pending cases of mine in the Eleventh Circuit Court of Appeals, in the Autauga

Court of Civil Appeals and in the Alabama Supreme Court to be dismissed for lack of prosecution due directly to Trus Oates intentional acts of irresponsibility directed towards me in an to purposely sabotage these cases. They in no way speaks for me nor the judges in use courts. They she goes and she uses the name and address of the Autauga County Health Department. I am in regard to which she is not authorized by the same Department.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Seeing/writing they are in her intended act of perjury under color of state & seek two full punitive damages of five hundred thousand dollars and compensatory damages of same. Trial by jury. A immediate order to the date to cease all her interactions acts against me in regard to my legal pending case. A immediate investigation by US Justice Dept and payment to me minimum of the foregoing civil rights violations.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 24th 200_
                  (date)

_____
Signature(s)