Case 2:05-cv-00979-MEF-VPM   Document 13-5   Filed 11/01/2005   Page 1 of 18

# Homeowner's Policy



ALFA MUTUAL INSURANCE COMPANY
MONTGOMERY, AL

Special Form 3
HO-3 9/02

## IMPORTANT

This booklet—combined with **your Declarations**—constitutes **your** Policy. The coverages described are applicable only when shown on the **Declarations**.

**You** should notify **your** agent or **us** when:

1. **your** property is mortgaged or is subject to any lien;
2. **you** move;
3. title to **your** property is changed or transferred;
4. **your** property becomes **vacant** or **unoccupied**; or
5. **you** have a loss, accident or **occurrence**.

HO-3 (9/02)

# TABLE OF CONTENTS

## DECLARATIONS

| | |
|---|---|
| Your Name | Coverages |
| Location of Your Residence | Limits |
| Policy Period | Deductibles |

Begins on Page

AGREEMENT 2

DEFINITIONS 2

SECTION I
  Coverage A—Dwelling 8
  Coverage B—Other Structures 9
  Coverage C—Personal Property 10
  Coverage D—Loss of Use 14
  Additional Coverages 15
  Inflation Coverage 20
  Section I—Losses Insured 20
  Section I—Losses Not Insured 24
  Section I—Conditions 30

SECTION II
  Coverage E—Personal Liability 37
  Coverage F—Medical Payments to Others 38
  Additional Coverages 39
  Section II—Losses Not Insured 40
  Section II—Conditions 47

SECTIONS I AND II—CONDITIONS 49

MEMBERSHIP 53

Includes copyrighted material of Insurance
Services Office with its permission
Copyright, Insurance Services Office, 1975, 1977,
1984 and 1999

HO-3 (9/02)

HOMEOWNER'S POLICY—SPECIAL FORM 3

## AGREEMENT

**We** agree to provide the insurance described in this policy:

1. based on **your** payment of premium for the coverages **you** chose;

2. based on **your** compliance with all applicable provisions of this policy; and

3. based on reliance that **your** statements in the application are true and it is agreed that any untrue statements, answers or any facts concealed, intentionally or otherwise, which would materially affect **our** decision to insure **you**, may void any insurance issued by **us**.

**You** agree, by acceptance of this policy:

1. that **you** will pay premiums when due and comply with the provisions of the policy;

2. that this policy contains all of the agreements between **you** and **us** and any of **our** agents; and

3. that statements on the application and **Declarations** are true and that this policy is issued in reliance on those statements.

## DEFINITIONS

**We** define some words to shorten the policy which makes it easier to read and understand. Defined words are printed in bold face. **You** can pick them out easily.

**You** and **your** mean the named **insured** shown on the **Declarations**. **Your** spouse is included if a resident of **your** household. **We**, **us** and **our** mean the Company shown on the **Declarations**.

The use of masculine gender (his) refers to his or hers.

1. **Actual cash value** means the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation, and obsolescence. **Actual cash value** applies to

(2)

valuation of covered property regardless of whether that property has sustained partial or total loss or damage.

The **actual cash value** of the lost or damaged property may be significantly less than its replacement cost.

2. **Bodily injury** means physical injury, sickness, disease or death resulting from the injury, sickness or disease to a person.

**Bodily injury** does not include:

   a. any of the following which are communicable: disease, bacteria, parasite, virus, **fungi**, or other organism, any of which are transmitted by any **insured** to any other person;

   b. the exposure to any disease, bacteria, parasite, virus, **fungi** or other organism by any **insured** to any other person; or

   c. emotional distress, mental anguish, humiliation, mental distress, mental injury, or any similar injury unless it arises out of actual physical injury to some person.

3. **Business** means:

   a. any employment, trade, occupation, or profession engaged in on a full-time, part-time or occasional basis except as provided in 3d.;

   b. the rental or holding for rental of more than three car spaces in garages or more than three stalls in stables on the **insured location**;

   c. allowing the public on an **insured location** for "pick your own" farm products operation;

   d. any other activity engaged in for **money** or other compensation except the following:

     (1) rental of a two family dwelling where part is occupied by the **insured**;

     (2) one or more activities, not described in (3) through (5) below, for which an **insured** receives total gross receipts of less than $2,000 during the 12 months before the date of loss;

(3)

(3) volunteer activities for which no money is received other than payment for expenses incurred to perform activity;

(4) providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

(5) the rendering of home day care services to a **relative** of an **insured** for which no compensation is received, other than the mutual exchange of such services.

4. **Collapse** means fallen down or fallen into pieces or caved in. It does not include settling, cracking, shrinking, bulging, expanding, sagging, bending, leaning or bowing.

5. **Declarations** means the policy **Declarations**, renewal notice, schedules, any amended **Declarations**, an Evidence of Insurance form or any endorsement changing any of these.

6. **Deductible** is the amount **we** will subtract from the amount **we** pay on a covered loss. The **deductible** is shown on the **Declarations** or an applicable endorsement.

7. **Farming** means the operation of an agricultural or aquacultural enterprise, including the operation of roadside stands.

8. **Fungi** means any type or form of fungus or bacteria, including but not limited to mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by any of these.

9. **Insured** means:

   a. **you** and residents of **your** household who are:

      (1) **your relatives**; or

      (2) other persons under the age of 21 and in the care of any person defined in 9.a. or 9.a.1.

   b. a student enrolled in school who was a resident of **your** household before moving out to attend school, provided the student is under the age of:

(4)

(1) 25 and **your relative**; or

(2) 21 and in the care of an **insured**.

Under Section II, **insured** also includes:

a. any person or organization legally responsible for an animal or watercraft to which this policy applies, provided it is owned by **you** or a person included in 9.a. or 9.b.

A person or organization using or having custody of these animals or watercraft in the course of a **business** or **farming**, or without permission of the owner is not an **insured**; or

b. any person engaged in **your** employment or the employment of a person included in 9.a. or 9.b. with respect to any vehicle to which this policy applies.

10. **Insured location** means:

  a. the **residence premises**;

  b. the part of any other premises, structures, and grounds, used by **you** as a residence and which is shown on the **Declarations**. This includes premises, structures and grounds **you** acquire while this policy is in effect for **your** use as a residence provided **you** notify **us** and pay an additional premium within 30 days of acquiring the property;

  c. any part of a premises not owned by an **insured** but where an **insured** is temporarily residing;

  d. **vacant** land owned by or rented to an **insured**. This does not include farmland;

  e. land owned by or rented to an **insured** on which a one or two family dwelling is being constructed as a residence for an **insured**;

  f. individual or family cemetery plots or burial vaults of an **insured**; or

  g. any part of a premises occasionally rented to an **insured** for other than **business** or **farming** purposes.

11. **Money** means currency, coins, bank notes, travelers checks, registered checks, money orders, bul-

(5)

lion, debit cards, scrip, stored value cards, and smart cards, including any of these that are part of a collection.

12. **Motor vehicle** means:

   a. a motorized land vehicle designed for travel on public roads or subject to motor vehicle registration.

   A motorized land vehicle in dead storage on an **insured location** is not a **motor vehicle**;

   b. a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration.

   A boat, camper, home or utility trailer not being towed by or carried on a vehicle included in 12.a. is not a **motor vehicle**;

   c. a motorized golf cart, snowmobile, motorized bicycle, motorized tricycle, all-terrain vehicle, go-kart or any other similar type equipment owned by, operated by, rented to or loaned to an **insured** and designed or used for recreational or utility purposes off public roads, while off an **insured location**.

   A motorized golf cart while used for golfing purposes is not a **motor vehicle**.

   A wheelchair type vehicle designed and used to assist the handicapped is not a **motor vehicle**.

   d. any vehicle while being towed by or carried on a vehicle included in 12.a., 12b., 12.c.

13. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period, in:

   a. **bodily injury**; or

   b. **property damage**.

14. **Pollutants** means any solid, liquid, semi-liquid gaseous or thermal irritant or contaminant including but not limited to odor, smoke, vapor, soot, fumes particles, gases, acids, alkalis, chemicals, pesticides herbicides and waste. Waste includes but is no

(6)

limited to animal or human waste, sewage, garbage, materials to be recycled, reconditioned or reclaimed.

15. **Property damage** means physical damage to or destruction of tangible property, including loss of use of this property. Theft or conversion of property by an **insured** is not considered to be **property damage**.

16. **Relative** means a person related to **you** or **your** spouse by blood, marriage or adoption.

17. **Remediation** means:

   a. the cost to remove **fungi** from property covered under Coverage A—Dwelling, Coverage B—Other Structures and Coverage C—Personal Property;

   b. the cost to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi**;

   c. the cost of testing of air or property to confirm the absence or level of **fungi** whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is a presence of **fungi**.

18. **Residence employee** means an employee of an **insured** who performs duties, including household or domestic services, in connection with the maintenance or use of the **residence premises**. This includes employees who perform similar duties elsewhere for **you**.

   This does not include:

   a. employees while performing duties in connection with **business** or **farming** of an **insured**.

   b. any independent contractor or his employees;

   c. any worker employed through a work release program; or

   d. a person employed in violation of the law.

19. **Residence premises** means:

   a. a one or two-family dwelling, other structures

(7)

and grounds; or

b. that part of any other building;

where **you** reside and which is shown on the **Declarations**.

20. **Suit** means a civil proceeding in which damages because of **bodily injury** or **property damage**, to which this insurance applies, are alleged. **Suit** includes any other alternative dispute resolution proceeding in which such damages are claimed and to which the **insured** submits with **our** consent.

21. **Unoccupancy** or **Unoccupied** means the condition of:

a. a dwelling (except while being constructed) not being lived in; or

b. any building or structure (except while being constructed) not being used;

even if it contains furnishings or other property customary to its intended use or occupancy.

22. **Vacancy** or **Vacant** means the condition of a building or structure (except while being constructed) not containing sufficient furnishings or other property customary to its intended use or occupancy, or land void and free of any buildings, structures or improvements of any kind.

---

**SECTION I COVERAGES
APPLYING TO:
COVERAGE A—DWELLING
COVERAGE B—OTHER STRUCTURES
COVERAGE C—PERSONAL PROPERTY
COVERAGE D—LOSS OF USE**

---

COVERAGE A—DWELLING

**We** cover the dwelling used principally as a private residence on the **residence premises** shown on the **Declarations**.

Dwelling includes:

a. structures attached to the dwelling;

b. materials and supplies located on or adjacent

(8)

to the **residence premises** for use in the construction, alteration or repair of the dwelling or other structures on the **residence premises**;

c. foundation, floor slab and footings supporting the dwelling;

d. wall-to-wall carpeting or awnings attached to the dwelling; and

e. outdoor antennas, satellite dish systems and related equipment, whether attached to the dwelling or not. The most **we** will pay for satellite dish systems and related equipment is $500.

## COVERAGE B—OTHER STRUCTURES

**We** cover other structures on the **residence premises**, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, patio, driveway, decking, sidewalk, utility line, or similar connection are considered to be other structures. In ground swimming pools are considered other structures.

**We** do not cover other structures:

a. not permanently attached to or otherwise forming a part of the realty;

b. used in whole or in part for **business** or **farming** purposes;

c. rented or held for rental to a person not a tenant of the dwelling, unless used solely as a private garage;

d. specifically insured on this or any other policy; or

e. which are outdoor antennas, satellite dish systems and related equipment.

## COVERAGE A—DWELLING COVERAGE B—OTHER STRUCTURES

**We** do not cover:

a. land;

(9)

b. any costs required to replace, rebuild, stabilize, or otherwise restore land; or

c. the costs of repair techniques designed to compensate for or prevent land instability to any property, whether or not insured under Coverage A or Coverage B.

## COVERAGE C—PERSONAL PROPERTY

**We** cover personal property owned or used by an **insured** while it is anywhere in the world; including structures not permanently attached to or otherwise forming a part of the realty.

At **your** request, **we** will cover personal property:

a. owned by others while the property is on the part of the **residence premises** occupied exclusively by an **insured**; and

b. of a houseguest or a **residence employee**, while the property is in any residence occupied by an **insured**.

The most **we** will pay for personal property situated at an **insured's** residence other than the **residence premises** is 10% of Coverage C Limit shown on the **Declarations**. This limitation does not apply to personal property:

a. in a newly acquired principal residence for the first 30 days after **you** start moving the property there;

b. if the **residence premises** is a newly acquired principal residence, personal property in **your** immediate past principal residence is not subject to this limitation for the first 30 days after the inception of this policy; or

c. moved from the **residence premises** because the residence or other structure is being repaired, renovated or rebuilt as a result of a loss insured and is not capable of being used for the storage of property.

**We** do not cover:

a. articles specifically insured by this or any other policy;

(10)

b. animals, birds or fish;
c. **motor vehicles** including:
   (1) their accessories, equipment and parts;
   (2) electronic apparatus and accessories whether or not permanently installed that are designed to be solely operated from the electrical system of a **motor vehicle** or motor propelled vehicle. Accessories include but are not limited to: antennas, tapes, wires, records, discs or other media, that can be used with an apparatus described in this item c.(2);
   (3) devices or instruments for the recording or reproduction of sound permanently installed in a **motor vehicle**;
   (4) discs, tapes, wires, records or other mediums while in a **motor vehicle**;
d. aircraft or aircraft parts;
e. property of roomers, boarders, tenants and other residents not related to an **insured**. We do cover property of **relatives** while residing on the **residence premises**;
f. property regularly rented or held for rental to others by an **insured**. This exclusion does not apply to property of an **insured** in a sleeping room rented to others;
g. property rented or held for rental to others away from the **residence premises**;
h. books of account, abstracts, drawings, card index systems and other records. This exclusion does not apply to any recording or storage media for electronic data processing. **We** will cover the cost of blank books, cards or other blank material plus the cost of labor **you** incur for transcribing or copying such records;
i. recording or storage media for electronic data processing that cannot be replaced with other of like kind and quality on the current retail market; or
j. satellite dish systems and related equipment.

(11)

## COVERAGE C—PERSONAL PROPERTY
## SPECIAL LIMITS ON CERTAIN PROPERTY

These limits do not increase the Coverage C Limit. The special limit for each of the following categories is the total limit for each loss for all property in that category:

a. $200 on **money**, gold other than goldware, silver other than silverware, platinum and medals, including any of these that are a part of a collection;

b. $500 on refrigerated or frozen products;

c. $1,000 on property used or intended for use in a **business**, including merchandise held as samples for sale or for delivery after sale while on the **residence premises**.

This limitation does not apply to electronic data processing system equipment or the recording or storage media used with that equipment while on the **residence premises**.

Property used or intended to be used in **business** is limited to $250 while property is away from the **residence premises**;

d. $1,000 on securities, checks, cashier's checks, traveler's checks, money orders, stamps and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports and tickets;

e. $1,000 on watercraft of all types including outboard motors, their trailers, furnishings and equipment;

f. $1,000 on trailers not used with watercraft;

g. $1,000 for loss by theft of jewelry, watches, precious and semi-precious stones and furs, including any article containing fur which represents its principal value;

h. $1,000 on any one motorized golf cart, snowmobile, motorized bicycle, motorized tricycle, all-terrain vehicle, go-kart or any other similar type equipment owned by, operated by, rented

(12)

to or loaned to an **insured** and designed or used for recreational or utility purposes off public roads while on the **residence premises**.

i. $2,500 on trading cards and comic books, including any of these that are a part of a collection;

j. $2,500 for loss by theft of firearms and related equipment;

k. $2,500 for loss by theft of silverware, goldware and pewterware;

l. $5,000 for electronic data processing system equipment and the recording or storage media used with that equipment while located on the **residence premises**.

This coverage is limited to $250 for electronic data processing system equipment or media while located away from the **residence premises** except when equipment or media is removed from the **residence premises** for the purpose of repair, servicing or maintenance.

An **insured** student's equipment and media are covered for up to 10% of the Coverage C Limit or $5,000, whichever is less, while at the **insured** student's residence away from home;

We do not cover electronic data processing system equipment or media for theft while in or on a **motor vehicle**;

m. $5,000 on any one article and $10,000 in aggregate for loss by theft of any rug(s), carpet(s) (except wall-to-wall carpet), tapestry(s), wall-hanging(s), art or statuary;

n. $5,000 maximum on any one lawn mower or lawn and garden tractor, including parts designed and used for garden or lawn care of the **residence premises**; or

o. $5,000 maximum on a wheel chair-type vehicle designed and used to assist the handicapped.

(13)

COVERAGE D—LOSS OF USE

**We** cover the following:

1. ADDITIONAL LIVING EXPENSE. If a loss covered under Section I makes that part of the **residence premises,** where **you** reside uninhabitable, **we** cover any necessary increase in living expenses incurred by **you** so that **your** household can maintain its normal standard of living.

Payment will be for the lessor of the period of time normally required to repair, rebuild or replace damaged property with reasonable speed and similar quality or, if you permanently relocate, the shortest time required for **your** household to settle elsewhere. Delay caused by inability to obtain immediate financing will not be covered.

There will be no payments under this coverage for **business** or **farming** expenses incurred as a result of a loss.

2. FAIR RENTAL VALUE. If a loss covered under Section I makes that part of the **residence premises** rented to others or held for rental by **you** uninhabitable, **we** cover the fair rental value of such premises less all expenses that do not continue while it is uninhabitable.

Payment will be for the shortest time normally required to repair, rebuild or replace damaged property with reasonable speed and similar quality to that part of the premises rented or held for rental. **We** do not cover loss or expense due to cancellation of a lease or agreement.

3. PROHIBITED USE. If a civil authority prohibits **you** from use of the **residence premises** as a result of direct damage to neighboring premises by a loss insured in this policy, **we** cover any resulting Additional Living Expense and Fair Rental Value loss for a period not exceeding two weeks during which use is prohibited.

**We** do not cover loss or expense due to cancellation of a lease or agreement.

(14)

**ADDITIONAL COVERAGES
APPLYING TO
COVERAGE A—DWELLING
COVERAGE B—OTHER STRUCTURES
COVERAGE C—PERSONAL PROPERTY
COVERAGE D—LOSS OF USE**

1. DEBRIS REMOVAL

    a. **We** will pay the reasonable expense for the removal of debris of covered property resulting from a loss insured.

    This expense is included in the Limit that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the Limit for the damaged property, an additional 5% of the Coverage A Limit is available for such expense.

    b. **We** will also pay the reasonable expense, up to $500, for the removal from the **residence premises** of tree(s) felled by a loss caused by Windstorm or Hail or Weight of Ice, Snow or Sleet, provided the tree(s):

    (1) damage(s) a covered structure; or

    (2) does not damage a covered structure, but:

        (a) block(s) a driveway on the **residence premises** which prevent(s) a **motor vehicle**, that is registered for use on public roads or property, from entering or leaving the **residence premises**: or

        (b) block(s) a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

    The $500 limit is the most **we** will pay in any one loss regardless of the number of fallen trees.

    **We** do not cover property grown for **farming** or **business** purposes.

(15)

2. TEMPORARY REPAIRS.

If damage is caused by a loss insured, **we** will pay the reasonable and necessary costs **you** incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit applying to the property being repaired.

3. TREES, SHRUBS AND OTHER PLANTS.

**We** cover trees, shrubs, plants or lawns, on the **residence premises**, for loss caused by:

    a. Fire or Lightning;

    b. Explosion;

    c. Riot or Civil Commotion;

    d. Aircraft;

    e. Vehicles not owned or operated by a resident of the **residence premises**;

    f. Vandalism or Malicious Mischief; or

    g. Theft.

**We** will pay up to 5% of the Limit that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub, plant or lawn, including debris removal expense. This coverage may increase the limit otherwise applicable.

**We** do not cover property grown for **farming** or **business** purposes.

4. FIRE DEPARTMENT CHARGES.

**We** will pay up to $500 for your liability assumed by contract or agreement for fire department charges. This means charges incurred when the fire department is called to save or protect covered property from a loss insured. No **deductible** applies to this coverage.

5. UNAUTHORIZED USE, FORGERY, COUNTERFEIT COVERAGE.

    a. **We** will pay up to $1,000 for:

        (1) the legal obligation of an **insured** to pay because of the theft or unauthorized use of credit cards, debit cards, stored value

(16)