cards, smart cards and bank fund transfer cards issued to or registered in an **insured's** name. If an **insured** has not complied with all terms and conditions under which the cards are issued, **we** do not cover use by an **insured** or anyone else;

(2) loss to an **insured** caused by forgery or alteration of any check or negotiable instrument; and

(3) loss to an **insured** through acceptance in good faith of counterfeit United States or Canadian paper currency.

No **deductible** applies to this coverage.

**We** will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

b. **We** do not cover loss arising out of **business** or **farming** pursuits.

c. We do not cover dishonesty of an **insured**.

d. Defense:

(1) **We** may make any investigation and settle any claim or **suit** that **we** decide is appropriate. **Our** obligation to defend claims or **suits** ends when the amount **we** pay for the loss equals the Limit shown on the **declarations**.

(2) If claim is made or a **suit** is brought against an **insured** for liability under this coverage, **we** will provide a defense. This defense is at **our** expense by counsel of **our** choice.

(3) **We** have the option to defend at **our** expense an **insured** or an **insured's** bank against any **suit** for the enforcement of payment under this coverage.

6. POWER INTERRUPTION.

**We** cover accidental direct physical loss caused directly or indirectly by a change of temperature which

(17)

results from power interruption that takes place on the **residence premises**. The power interruption must be caused by a loss insured occurring on the **residence premises**. The power lines off the **residence premises** must remain energized. This coverage does not increase the limit applying to the damaged property.

7. REFRIGERATED OR FROZEN PRODUCTS.

Coverage C is extended to cover the contents of deep freeze or refrigerated units on the **residence premises** for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to **you**, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure shall not include:

    a. removal of a plug from an electrical outlet; or

    b. turning off an electrical switch unless caused by a loss insured.

This coverage is subject to the Coverage C—Personal Property Special Limits on Certain Property applying to refrigerated and frozen products. This coverage does not increase the limit applying to the damaged property.

8. ARSON AWARD.

**We** will pay $1,000 for information which leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit shall not be increased regardless of the number of persons providing information.

9. VOLCANIC ACTION.

**We** cover direct physical loss resulting from the eruption of a volcano when the loss or damage is caused by:

    a. volcanic blast or airborne shock waves;

    b. ash, dust, rock or particulate matter; or

    c. lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single eruption. This coverage

(18)

does not include the cost to remove ash, dust, rock or particulate matter that does not cause direct physical loss or damage to the covered property.

10. GRAVE MARKERS.

**We** will pay up to $5,000 maximum for any one grave marker, including mausoleums owned by an **insured**, on or away from the **residence premises** for losses insured against under Coverage C—Personal Property.

11. COLLAPSE.

   a. With respect to this Additional Coverage:

      1. **We** insure for direct physical loss to covered property involving **collapse** of a building or any part of a building if the **collapse** was caused by one or more of the following:

         (a) the Losses Insured under Coverage C—Personal Property. These causes of loss apply to covered buildings and personal property for loss insured by this **collapse** coverage;

         (b) weight of contents, equipment, animals or people;

         (c) weight of rain which collects on a roof.

      2. **collapse** does not mean:

         (a) a building or any part of a building that is in danger of falling down or caving in;

         (b) a part of a building that is standing even if it has separated from another part of the building; and

         (c) a building or any part of a building that is standing even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinking, expanding or bowing.

      3. **We** do not cover loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, well,

(19)

bulkhead, pier, wharf or dock, unless the loss is a direct result of the **collapse** of a building or any part of a building.

This coverage does not increase the Limit that applies to the damaged covered property.

12. **FUNGI REMEDIATION**

In the event **you** have damage from **fungi**, that is a result of a Section I loss insured **we** will pay no more than $10,000 for:

   a. reasonable and necessary **fungi remediation** of the portion of the loss resulting from **fungi**; and

   b. Coverage D - Loss of Use expense to maintain **your** normal standard of living when damage results to covered property.

This coverage does not increase the Limit applying to the damaged property.

### INFLATION COVERAGE

The Limits shown on the **Declarations** for Coverage A—Dwelling, Coverage B—Other Structures, Coverage C—Personal Property and Coverage D—Loss of Use may be adjusted at each renewal. The adjustment at renewal will be based on **our** guidelines for such adjustments.

### SECTION I—LOSSES INSURED

### COVERAGE A—DWELLING AND COVERAGE B—OTHER STRUCTURES

**We** insure for accidental direct physical loss to the property described in Coverages A and B except as provided in SECTION I—LOSSES NOT INSURED.

(20)

COVERAGE C—PERSONAL PROPERTY

**We** insure for direct physical loss to property described in Coverage C caused by the following perils except as provided in SECTION I—LOSSES NOT INSURED:

1. FIRE OR LIGHTNING.
2. WINDSTORM OR HAIL.

This peril does not include loss to property contained in a building caused by rain, snow, sleet, sand or dust. This limitation does not apply when the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a fully enclosed building.

3. EXPLOSION.
4. RIOT OR CIVIL COMMOTION.
5. AIRCRAFT, MISSILES and SPACECRAFT, meaning an actual impact with covered property.
6. VEHICLES, meaning impact between a vehicle and covered property.
7. SMOKE, meaning sudden and accidental damage from smoke.

This does not include loss caused by smoke from agricultural smudging or industrial operations.

8. VANDALISM OR MALICIOUS MISCHIEF, meaning only willful and malicious damage to or destruction of property.
9. THEFT, including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

This peril does not include:

    a. loss of a precious or semi-precious stone from its setting;

    b. loss caused by theft:

        (1) committed by an **insured** or by any other

(21)


person regularly residing on the **insured location**;

(2) in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

(3) from the part of a **residence premises** rented to others:

    (a) caused by a tenant, members of the tenant's household, or the tenant's employees;

    (b) of **money**, gold, goldware, silver, silverware, pewterware, platinum, and medals;

    (c) of securities, checks, cashier's checks, traveler's checks, money orders and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps; or

    (d) of jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones.

c. loss caused by theft that occurs away from the **residence premises** of:

(1) property while at any other residence owned, rented to, or occupied by an **insured**, except while an **insured** is temporarily residing there.

Property of an **insured**, including an **insured** student is covered while at a residence away from the **residence premises** for up to 10% of **your** Coverage C—Personal Property Limit;

(2) watercraft of all types, including their furnishings, equipment and outboard motors; or

(3) trailers and campers designed to be pulled by or carried on a vehicle.

(22)

10. FALLING OBJECTS.

This peril does not include loss to property contained in a building unless the roof or an exterior wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. WEIGHT OF ICE, SNOW OR SLEET which causes damage to property contained in a building.

12. SUDDEN AND ACCIDENTAL DISCHARGE OR OVERFLOW OF WATER OR STEAM.

This peril means sudden and accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

    a. to the system or appliance from which the water or steam escaped;

    b. caused by or resulting from freezing;

    c. caused by or resulting from water or sewage from outside the **residence premises** plumbing system that enters from septic tanks, sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or related equipment or any other system designed to remove subsurface water from the foundation area;

    d. caused by roof drain, gutter, downspout or similar fixtures or equipment.

13. SUDDEN AND ACCIDENTAL TEARING APART, CRACKING, BURNING OR BULGING of a steam or water heating system or appliance, an air conditioning or automatic fire protective sprinkler system.

This peril does not include loss caused by or resulting from freezing.

14. FREEZING of a plumbing, heating or air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the **residence premises** while the dwelling is **vacant, unoccupied** or being constructed, unless **you** have used reasonable care to:

(23)

   a. maintain heat in the building; or

   b. shut off the water supply and drain the system and appliances of water.

15. SUDDEN AND ACCIDENTAL DAMAGE to electrical appliances, devices, fixtures; and wiring, tubes, transistors, electronic components or circuitry that are a part of appliances, computers, home entertainment units caused by an increase or decrease of artificially generated electrical current.

16. BREAKAGE OF GLASS, meaning damage to personal property caused by or resulting from breakage of glass which is a part of a building on the **residence premises**. There is no coverage for loss or damage to the glass.

## SECTION I—LOSSES NOT INSURED
### COVERAGE A—DWELLING
### COVERAGE B—OTHER STRUCTURES
### COVERAGE C—PERSONAL PROPERTY

1. **We** do not insure for any loss to the property described in Coverage A—Dwelling, Coverage B—Other Structures and Coverage C—Personal Property which is directly or indirectly caused by one or more of the perils listed in a. through q.:

   a. **collapse**, except as specifically provided in Coverage A—Dwelling, Coverage B—Other Structures, Coverage C—Personal Property, Coverage D—Loss of Use Additional Coverages;

   b. freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion only applies while the dwelling is **vacant, unoccupied** or being constructed. This exclusion does not apply if **you** have used reasonable care to:

     (1) maintain heat in the building; or

     (2) shut off the water supply and drain the

(24)

system and appliances of water;

c. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a swimming pool, hot tub or spa, including their filtration and circulation systems, fence, pavement, patio, foundation, retaining wall, bulkhead, pier, boathouse, wharf or dock;

d. theft in or to a dwelling or other structure under construction, or theft of materials, tools, and supplies for use in the construction until the dwelling is completed and occupied;

e. vandalism and malicious mischief or breakage of glass and safety glazing materials if the dwelling has been **vacant** or **unoccupied** for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered **vacant** or **unoccupied**;

f. caused by or resulting from continuous or repeated seepage or leakage of water or steam from a:

   1. water system;
   2. heating or air conditioning or automatic fire protective sprinkler system;
   3. household appliance; or
   4. plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings or floors;

   which results in deterioration, corrosion, rust, **fungi**, or wet or dry rot.

   If loss to covered property is caused by water or steam not otherwise excluded, **we** will cover the cost of tearing out and replacing any part of the building necessary to repair the system or appliances. **We** do not cover loss to the system or appliance from which the water or steam escaped;

g. wear, tear, marring, scratching, deterioration;

h. inherent vice, latent defect and mechanical breakdown or any quality in property that

(25)

causes it to damage or destroy itself;
i. corrosion, electrolysis or rust;
j. wet or dry rot;
k. **fungi**, except as specifically provided in Coverage A—Dwelling, Coverage B—Other Structures, Coverage C—Personal Property, Coverage D—Loss of Use Additional Coverages;
l. contamination;
m. smog, smoke from agricultural smudging or industrial operations;
n. birds, vermin, rodents, insects, or domestic animals. **We** do cover the breakage of glass or safety glazing material which is a part of a building, when caused by birds, vermin, rodents, insects, or domestic animals;
o. pressure from or presence of tree, shrub or plant roots;
p. settling, cracking, shrinking, bulging, or expanding of pavements, patios, foundations, walls, floors, roofs, or ceilings;
q. sinkhole.

These Losses Not Insured apply regardless of whether the loss occurs suddenly or gradually, involves isolated or wide spread damage, arises from natural or external forces, or occurs as a result of any combination of these.

**We** do insure for any resulting loss from items a. through q. provided that the loss itself is a loss insured by Section I.

2. **We** do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These Losses Not Insured apply whether or not the loss event results in widespread damage or affects a substantial area.

   a. ORDINANCE OR LAW, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure.

(26)

b. EARTH MOVEMENT:

(1) Any earth movement, such as earthquake, landslide, mine subsidence or earth sinking, rising or shifting. This exclusion applies whether the earth movement is caused by human or animal activities or any act of nature.

But if earth movement results in fire or explosion, **we** will pay for the loss or damage caused by that fire or explosion.

(2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire or volcanic action, **we** will pay for the loss or damage caused by that fire or volcanic action.

Volcanic action means direct physical loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) airborne volcanic blast or airborne shock waves;

(b) ash, dust, rock or particulate matter; or

(c) lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single loss. Volcanic action does not include the cost to remove ash, dust, rock or particulate matter that does not cause direct physical loss or damage to covered property.

**We** do insure for direct loss by fire, explosion other than explosion of a volcano, theft, or breakage of glass or safety glazing materials resulting from earth movement.

c. WATER DAMAGE, meaning:

(1) flood, flash flood, surface water, waves, tidal water, overflow of a body of water, spray from any of these, whether or not driven by wind;

(2) caused by or resulting from water or sewage from outside the **residence premises**

(27)

plumbing system that enters from septic tanks, sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or related equipment or any other system designed to remove subsurface water from the foundation area; or

(3) water below the surface of the ground. This includes hydrostatic pressure and water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

However, **we** do insure for direct loss by fire or explosion, resulting from water damage, provided the resulting loss is itself a loss insured.

d. NEGLECT, meaning neglect of the **insured** to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

e. WAR, including declared war, undeclared war, civil war, insurrection, rebellion, revolution, warlike act, destruction or seizure or use for a military purpose, and including any consequence of any of these.

f. Discharge of a nuclear, chemical or biological weapon or device whether intentional or unintentional shall be deemed a warlike act.

g. NUCLEAR HAZARD, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke. However, we do insure for direct loss by fire resulting from the nuclear hazard.

h. INTENTIONAL LOSS means any loss arising out of any act an **insured** commits or conspires to commit with the intent to cause a loss.

(28)

Case 2:05-cv-00979-MEF-VPM    Document 13-6    Filed 11/01/2005    Page 12 of 18

In the event of such loss, no **insured** is entitled to coverage, even **insureds** who did not commit or conspire to commit the act causing the loss.

i. GOVERNMENTAL ACTION means the damaging, confiscation or seizure of property described in Coverage A, B or C by any governmental or public authority.

This exclusion does not apply to such acts by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**We** do not insure for such loss excluded under items a. through i. regardless of:

a. the cause of the excluded event;

b. other causes of the loss; or

c. whether other causes acted concurrently or in any sequence with the excluded event to produce the loss.

3. **We** do not insure under any coverage for any loss directly or indirectly caused by one or more of the items below:

a. conduct, act, failure to act, or decision of any person, group, organization or governmental body whether intentional, wrongful, negligent, or without fault;

b. defect, weakness, inadequacy, fault or unsoundness in:

(1) planning, zoning, development, surveying, siting, building codes;

(2) design, specifications, workmanship, construction, grading, compaction, repair, renovation or remodeling;

(3) materials used in construction or repair;

(4) maintenance; or

c. failure to comply with buildings codes.

of any property (including land, structures, or improvements of any kind) whether on or off the **residence premises.**

(29)

We do insure for any ensuing loss from items 3.a., 3.b., and 3.c. unless the ensuing loss is itself a loss not insured by Section I.

4. We do not insure for loss described in paragraphs 1. and 2. SECTION I - LOSSES NOT INSURED regardless of whether one or more of the items listed in paragraph 3. SECTION I - LOSSES NOT INSURED:

    a. directly or indirectly cause, contribute to or aggravate the loss; or

    b. occur before, at the same time, or after the loss or any other cause of the loss.

We do insure for ensuing loss from items 3.a., 3.b., and 3.c. unless the ensuing loss is itself a loss not insured by Section I.

## CONDITIONS APPLYING TO SECTION I

1. DUTIES IN THE EVENT OF LOSS OR DAMAGE.

    a. You must see that the following are done in the event of loss or damage to covered property:

        (1) notify the police if a law may have been broken;

        (2) give us prompt notice of the loss or damage. Include a description of the property involved;

        (3) as soon as possible, give us a description of how, when and where the loss or damage occurred;

        (4) take all reasonable steps to protect the covered property from further damage. If feasible:

            a. set the damaged property aside in the best possible order for examination; and

(30)

    b. keep a record of **your** expenses necessary to protect the covered property for consideration in the settlement of the claim.

This will not increase the limits shown on the **Declarations**.

**We** will not pay for any subsequent loss or damage resulting from a cause of loss that is not a loss insured;

(5) at **our** request, give **us** complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed. Attach to the inventory all bills, receipts and related documents that substantiate the figures in the inventory;

(6) as often as may be reasonably required, permit **us** to inspect the property damaged and examine **your** books and records;

Also permit **us** to take samples of damaged and undamaged property for inspection, testing and analysis, and permit **us** to make copies from **your** books and records;

(7) send **us** a signed, sworn proof of loss containing the information **we** request to investigate the claim. **You** must do this within 60 days after **our** request. **We** will supply **you** with the necessary forms; and

(8) cooperate with **us** in the investigation or settlement of the claim.

b. **We** may examine any **insured**, **insured's** employees, members of the **insured's** household or others under oath, while not in the presence of any other **insured** and at such times as may be reasonably required, about any matter relating to this insurance or the claim. This includes an examination of books and records relating to this insurance or claim. In the event of an examination, an examinee must sign the answers to the examination.

(31)

6. MORTGAGE CLAUSE.
    a. The term mortgagee includes trustee.
    b. **We** will pay for covered loss or damage to buildings or structures to each mortgagee shown on the **Declarations** in their order of precedence, as interests may appear.
    c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.
    d. If **we** deny **your** claim because of **your** acts or because **you** have failed to comply with the terms of this insurance, the mortgagee will still have the right to receive loss payment if the mortgagee:
        (1) pays any premium due under the affected coverage at **our** request if **you** have failed to do so;
        (2) submits a signed, sworn proof of loss within 60 days after receiving notice from **us** of **your** failure to do so; and
        (3) has notified **us** of any change in ownership, occupancy or substantial change in risk known to the mortgagee.
        All of the terms of the affected coverage will then apply directly to the mortgagee.
    e. If **we** pay the mortgagee for any loss or damage and deny payment to **you** because of **your** acts or because **you** have failed to comply with the terms of the coverage involved:
        (1) the mortgagee's rights under the mortgage will be transferred to **us** to the extent of the amount **we** pay; and
        (2) the mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.
        At **our** option, **we** may pay the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, **your** mortgage and note will be transferred to **us** and **you** will

(33)

and quality property. Any property **we** pay for or replace becomes **our** property. It is your duty to deliver that property to **us**.

15. LOSS PAYMENT. At **our** option, **we** will pay **you** or some other person named in the policy that is legally entitled to receive payment for a covered loss. Also, **we** may pay a person or entity on **your** behalf. The covered loss will be payable 60 days after **we** receive **your** proof of loss and:

    a. reach agreement with **you**; or

    b. there is an entry of a final judgement; or

    c. there is a filing of an appraisal award with **us**.

Payment to one **insured** shall satisfy **our** obligation even if more than one **insured** is named on the **Declarations**.

---

**SECTION II—COVERAGES APPLYING TO:**
**COVERAGE E—PERSONAL LIABILITY**
**COVERAGE F—MEDICAL PAYMENTS TO OTHERS**

---

COVERAGE E—PERSONAL LIABILITY

1. **We** will pay those sums that the **insured** becomes legally obligated to pay as damages because of **bodily injury** or **property damage** to which this insurance applies. **We** will have the right and duty to defend the **insured** against any **suit** seeking those damages. However, **we** will have no duty to defend the **insured** against any **suit** seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. **We** may at **our** discretion investigate any **occurrence** and settle any claim or **suit** that may result. **We** shall have no obligation to pay attorney fees incurred by **you** prior to delivery to **us** of notification of **suit**. But:

    a. the amount **we** will pay for damages is limited by the Limit shown on the **Declarations**; and

    b. **our** right and duty to defend ends when **we**

(37)

cost of the building immediately prior to the loss, **we** will pay the larger of the following amounts, but not exceeding the Limit under this policy applying to the building:

(a) the **actual cash value** of that part of the building damaged; or

(b) that proportion of the cost to repair or replace, without deduction for depreciation, of that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) When the cost to repair or replace the damage is more than $1,000 or more than 5% of the amount of insurance in this policy on the building, whichever is less, **we** will pay no more than the **actual cash value** of the damage until actual repair or replacement is completed.

(4) **You** may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an **actual cash value** basis. Repairs or replacement must be completed within 180 days of loss to collect based on replacement costs.

13. **VACANT** OR **UNOCCUPIED** HOUSE DEDUCTIBLE. In lieu of the base **deductible**, a 5% **vacant** or **unoccupied** house special **deductible** applies to each loss insured if **your** dwelling is **unoccupied** or **vacant** for more than 30 consecutive days at the time of a covered loss, and **you** did not notify **us** it would be **vacant** or **unoccupied**. This **deductible** applies to Coverages A, B, C and Additional Coverages. The dollar amount of this **deductible** is equal to 5% of the amount of coverage for Coverage A at the time of a loss insured. However, if the dollar amount of the base **deductible** is greater than the dollar amount of the **vacant** or **unoccupied** house **deductible**, the base **deductible** applies.

14. **OUR** OPTION. **We** may repair or replace any part of the property damaged or stolen with like kind

(36)