IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155 690, | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION NO. 2:05-CV-979-F |
| CHRISTINE M. TRUESDALE | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

On November 1, 2005 counsel for Alfa Mutual Insurance Company filed a Motion to Allow Complaint in Intervention and Complaint in Intervention Seeking a Declaratory Judgment. (Doc. No. 13.) On October 24, 2005 the undersigned entered a Recommendation dismissing the instant complaint without prejudice under the provisions of 28 U.S.C. § 1915(g). In light of the foregoing, he court concludes that movant's pending motion is due to be denied.

Accordingly, it is ORDERED that the Motion to Allow Complaint in Intervention and Complaint in Intervention Seeking a Declaratory Judgment (Doc. No. 13) be and is hereby DENIED.

Done this 8th day of November 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE