IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155690, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-979-F |
| ) | WO |
| CHRISTINE M. TRUESDALE, LPN, ) | |
| ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is dismissed without prejudice.

DONE this 8th of November, 2005.

                    /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE