RECEIVED

2005 NOV 14 A 10: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In the U.S. District Court
(Middle District)
Northern Division

James J. Hydrall, Sr.,
    Plaintiff

    v.

Christine M. Knoxville, LPN,
    Defendant,

Case # 2:05-CV-979-F-WO

Notice of Appeal

Comes now the Plaintiff in the
Above Styled Action and
Notice of Appeal and Submits
the foregoing Motion this the
09th day of November, 05.

Respectfully Submitted,

[signature] Sr.