IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16319-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 0 1 2005
THOMAS K. KAHN
CLERK

JAMES J. HUDNALL, SR.,

Plaintiff-Appellant,

versus

CHRISTINE M. TRUESDALE,
LPN, Autauga County Health Department,
ALFA MUTUAL INSURANCE COMPANY,

Defendants-Appellees.

---

Appeal from the United States District Court for the

Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 1st day of December, 2005.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Nancy Holbrook
    Deputy Clerk

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

/s/ Nancy Holbrook
Deputy Clerk
Atlanta, Georgia

FOR THE COURT - BY DIRECTION

ORD-50